LAW OFFICES OF DAVID YOUNG
David Young, SBN 55341
11150 Olympic Blvd., Suite 1050
Los Angeles, CA 90064
Telephone: (310) 575-0308
Facsimile: (310) 575-0311
E-mail: dyounglaw@verizon.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE et al.<br><br>    Plaintiffs.<br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; et. al.<br><br>    Defendants. | **CIVIL ACTION NO. 2:09-cv-1750**<br><br>**DISCLOSURE STATEMENT PURSUANT TO F.R. CIV.P 7.1** |

    The non-governmental corporate party, Public Lands for the People, Inc., in the above captioned civil action does not have any parent corporation and publicly held corporation that owns ten percent ("10%") or more of its stock.

Dated: July 1, 2009

                                                 Respectfully submitted,

                                                 By: /S/David Young
                                                 Attorney for Plaintiffs