IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSTRUCTION, et al.,

    Plaintiffs,

    v.                                CIV. NO. S-02-325 LKK/JFM

JOHN BERRY, El Dorado National
Forest Supervisor, et al.,

    Federal Defendants;

FRIENDS OF THE RUBICON, et al.,

    Intervenor Defendants
    and Cross Claimants.
_____/
PUBLIC LANDS FOR THE PEOPLE,
et al., on behalf of themselves
and others similarly situated,

    Plaintiffs,

    v.                                CIV. NO. S-09-1750 LKK/KJM

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,
                                      RELATED CASE ORDER

    Defendants.
_____/

    Examination of the two above-entitled actions reveals that

1

1  they are related within the meaning of Local Rule 83-123, as they
2  involve substantially the same questions of fact and law.
3  Accordingly, the assignment of the matters to the same judge and
4  magistrate judge is likely to effect a substantial savings of
5  judicial effort and is also likely to be convenient for the
6  parties. Under the regular practice of this court, related cases
7  are generally assigned to the judge and magistrate judge to whom
8  the first filed action was assigned.
9      The court hereby orders that:
10     1.  The above-captioned cases are RELATED.
11     2.  The action denominated CIV. NO. 2:09-cv-1750-JAM-KJM is
12         REASSIGNED to Judge Lawrence K. Karlton and Magistrate
13         Judge John F. Moulds for all further proceedings. Any
14         dates currently set in the reassigned case are hereby
15         VACATED.
16     3.  Henceforth, the caption on documents filed in the cases
17         shall be shown as CIV. NO. 2:09-cv-1750-LKK-JFM and CIV.
18         NO. 2:02-325-LKK-JFM, respectively.
19     4.  The Clerk of the Court shall make appropriate adjustment
20         in the assignment of civil cases to compensate for this
21         reassignment.
22     IT IS SO ORDERED.
23     DATED: July 7, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2