JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 2:09-cv-01750-LKK-JFM <br><br> **JOINT STIPULATION AND ORDER REGARDING SCHEDULING CONFERENCE** |

1    WHEREAS the Court has issued an Order Setting Status (Pretrial Scheduling) Conference
2 (Dkt. 10), setting a Status (Pretrial Scheduling) Conference for **September 21, 2009** and requiring
3 each of the parties to file not later than ten (10) days preceding the conference a Status Report;

4    WHEREAS the Federal Defendants' deadline for responding to the Complaint pursuant to
5 Fed. R. Civ. P. 12(a)(2) is on or around **September 25, 2009**;

6    WHEREAS the Federal Defendants presently intend to file a motion to dismiss pursuant to
7 Fed. R. Civ. P. 12(b)(1) and 12(b)(6) as their initial response to the Complaint;

8    WHEREAS the Federal Defendants anticipate that a ruling on their motion to dismiss will
9 substantially narrow the claims and issues that remain before the Court;

10   WHEREAS counsel for Plaintiffs recently contacted counsel for Federal Defendants to
11 propose that the Status (Pretrial Scheduling) Conference be vacated and also contacted the Court's
12 Chambers to discuss the procedures for requesting vacation of the conference;

13   WHEREAS the parties have negotiated a proposed schedule for briefing on the United
14 States' anticipated motion to dismiss, as set forth below;

15   WHEREAS the parties stipulate and agree that it would be premature for the Court to set
16 additional deadlines in this case until the Court has ruled on Federal Defendants' anticipated motion
17 to dismiss and further defined the scope of these proceedings;

18   NOW THEREFORE, the parties hereby stipulate and agree and respectfully request the entry
19 of an order as follows:

20   1.   The Court shall vacate the Status (Pretrial Scheduling) Conference currently set for
21 **September 21, 2009**, as well as the requirement that the parties file not later than ten (10) days
22 preceding the conference a Status Report.

23   2.   The deadline for Plaintiffs to file a response to Federal Defendants' anticipated
24 motion to dismiss shall be 30 days after the motion is filed, with additional time for service to be
25 calculated in accordance with Local Rule 6-136.

26   3.   The deadline for Federal Defendants to file a reply in support of their anticipated
27 motion to dismiss shall be 30 days after Plaintiffs file their response, with additional time for service
28 to be calculated in accordance with Local Rule 6-136.

4.  The Court continues the Status (Pretrial Scheduling) Conference to January 19, 2010 at 3:00 p.m.  The parties are directed to file status reports ten (10) days prior to the status conference.

5.  To the extent that Federal Defendants, for currently unanticipated reasons, file an answer or other responsive pleading rather than a motion to dismiss, the parties shall contact the Court regarding rescheduling of the Status (Pretrial Scheduling) Conference.

Respectfully submitted this 9th day of September, 2009.

| | |
|---|---|
| JOHN C. CRUDEN<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division | LAW OFFICES OF DAVID YOUNG |
| /s/ Jason A. Hill<br>Jason A. Hill, D.C. Bar No. 477543<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Phone: (202) 514-1024<br>Fax: (202) 305-0506<br>jason.hill2@usdoj.gov | /s/ David S. Young<br>*(signed by filing attorney as authorized by Mr. Young on 9/9/09)*<br>David Young, SBN 55341<br>11150 Olympic Blvd., Suite 1050<br>Los Angeles, CA 90064<br>Phone: (310) 575-0308<br>Facsimile: (310) 575-0311<br>dyounglaw@verizon.net<br>Attorney for Plaintiffs |
| /s/ Thomas K. Snodgrass<br>Thomas K. Snodgrass, Colorado Bar. No. 31329<br>Trial Attorney<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>Phone: 303/844-1368<br>Fax: 303/844-1350<br>thomas.snodgrass@usdoj.gov | |

Attorneys for Federal Defendants

IT IS SO ORDERED this <u>11th</u> day of September, 2009.

BY THE COURT:

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT