JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br>  Defendants. | Case No. 2:09-cv-01750-LKK-JFM <br><br> **JOINT STIPULATION AND PROPOSED ORDER ENLARGING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADINGS** |

1   WHEREAS the Federal Defendants' deadline for responding to the Complaint pursuant to
2   Fed. R. Civ. P. 12(a)(2) is on or around **September 25, 2009**;

3   WHEREAS the Parties previously entered a stipulation, approved by the Court, indicating
4   Federal Defendants anticipated filing a motion under Rule 12(b)(1) and (b)(6) of the Fed. R. Civ.
5   P. as their initial response to the Complaint (Dkt. 24);

6   WHEREAS Federal Defendants still intend to file a motion or motions under Rule 12 as their
7   initial response to the Complaint, but have determined that, due to unanticipated circumstances and
8   the travel schedules of the undersigned counsel for Federal Defendants over the coming week, they
9   need a modest extension of time in order to prepare, finalize, and file their anticipated motion(s);

10  WHEREAS the Federal Defendants have requested, and Plaintiffs have agreed, to enlarge
11  Defendants' time for responding to the Complaint until on or before **October 2, 2009**;

12  NOW THEREFORE, the parties hereby stipulate and agree and respectfully request the entry
13  of an order as follows:

14  1.   Federal Defendants shall have until on or before **October 2, 2009** to file their initial
15  response to the Complaint.

16  Respectfully submitted this 22nd day of September, 2009.

17  LAW OFFICES OF DAVID YOUNG

20   /s/ David Young
*(signed by filing attorney as authorized by Mr. Young on 9/22/09)*
David Young, SBN 55341
11150 Olympic Blvd., Suite 1050
Los Angeles, CA 90064
Phone: (310) 575-0308
Facsimile: (310) 575-0311
dyounglaw@verizon.net
Attorney for Plaintiffs

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Jason A. Hill
Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

/s/ Thomas K. Snodgrass
Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

   IT IS SO ORDERED this _____ day of September, 2009.

                                        BY THE COURT:


                                        _____
                                        Honorable Lawrence K. Karlton
                                        Senior Judge
                                        United States District Court