UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PUBLIC LANDS FOR THE PEOPLE,
INC., et al.,

          Plaintiffs,

   v.

UNITED STATES DEPARTMENT
OF AGRICULTURE, et al.,

          Defendants.
                                  /

NO. CIV. S-09-1750 LKK/JFM

O R D E R

Defendants in this case, the United States Department of Agriculture, the United States Forest Service, and various individuals, have filed a motion to dismiss and a motion for a more definite statement. The parties previously stipulated to an extended briefing schedule, which was adopted by the court. Order of September 11, 2009 (Doc. No. 24). The parties now stipulate to further extend the briefing and hearing on these motions. Pursuant to this stipulation, the court orders as follows:

    1.   Plaintiffs shall have until December 4, 2009, to file their response to the Federal Defendants' motions.

    2.   Federal Defendants shall have until January 8, 2010 to file replies in support of their motions.

1

1    3.   The motions shall be heard on February 22, 2010 at 10:00
2         a.m.
3    4.   The scheduling conference is continued to April 5, 2010
4         at 1:30 p.m.
5    IT IS SO ORDERED.
6    DATED: October 19, 2009.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2