IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PUBLIC LANDS FOR THE PEOPLE, INC., et al.,

                Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

                Defendants.

Case No. 2:09-cv-01750-LKK-JFM

Related Cases:
Civ. No. 2:09-cv-2523-LKK-JFM
Civ. No. 2:02-325-LKK-JFM

**ORDER**

Federal Defendants filed two motions (Dkts. 28 and 29) in response to the Complaint, which are fully briefed by the parties (Dkts. 28-2, 29-2, and 32 - 35). On February 17, 2010 a Minute Order (Dkt. 36) was entered resetting a hearing on those motions from February 22, 2010 hearing to March 8, 2010. The parties stipulate to continuing oral hearing on those motions to April 19, 2010. In addition, a Scheduling Conference is set for Monday, April 5, 2010, and the parties request that the Scheduling Conference be reset to the later of either: (1) the first week of June, 2010, or (2) after the Court rules on Federal Defendants' motions. Pursuant to the Stipulation of the parties (Dkt. 37), the Court Orders as follows:

1. The oral hearing on the motions shall be heard at 10:00 a.m. on April 19, 2010; and

2. The Scheduling Conference is continued to June 7, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: March 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT