IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 2:09-cv-01750-LKK-JFM <br><br> **JOINT STIPULATION AND ORDER VACATING STATUS CONFERENCE** |

1  WHEREAS the Court has set a Scheduling Conference in this case for **June 7, 2010 at 1:30 p.m.**, with each of the parties to file status reports not later than 10 days before the Scheduling Conference;

4  WHEREAS the parties believe it would be premature for them to submit status reports and for the Court to set additional deadlines in this case until after the Court has ruled upon Defendants' currently pending motion to dismiss and motion for more definite statement (the "pending motions"), a hearing on which was held on April 19, 2010;

8  WHEREAS the parties believe that the Scheduling Conference should be reset a minimum of thirty (30) days after the Court has ruled on the pending motions in order to allow them sufficient time to review the Court's ruling and submit their respective status reports;

11  NOW THEREFORE, the parties hereby stipulate and agree and respectfully request the entry of an order:

13  1.  The Scheduling Conference currently set for **June 7, 2010** shall be vacated, as well as the requirement that the parties file status reports not later than ten (10) days preceding the conference.

16  2.  The Scheduling Conference shall be reset concurrently with or following the Court's ruling on the pending motions to a date not less than thirty days following the issuance of such ruling.

19  Respectfully submitted this 18th day of May, 2010.

| | |
|---|---|
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division | LAW OFFICES OF DAVID YOUNG |
| /s/ Jason A. Hill<br>Jason A. Hill, D.C. Bar No. 477543<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Phone: (202) 514-1024<br>Fax:  (202) 305-0506<br>jason.hill2@usdoj.gov | /s/ David S. Young<br>*(signed by filing attorney as authorized by Mr. Young on 05/18/2010)*<br>David Young, SBN 55341<br>11845 W. Olympic Blvd, Suite 1110<br>Los Angeles, CA 90064<br>Phone: (310) 575-0308<br>Facsimile: (310) 575-0311<br>dyounglaw@verizon.net<br><br>Attorney for Plaintiffs |

/s/ Thomas K. Snodgrass
Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

   IT IS SO ORDERED this 19th day of May, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT