IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>     Defendants. | Case No. 2:09-cv-01750-LKK-JFM<br><br>**JOINT STIPULATION AND PROPOSED ORDER ENLARGING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADINGS** |

WHEREAS Federal Defendants filed motions under Fed. R. Civ. P. 12 as their initial response to Plaintiffs' Complaint;

1  WHEREAS Plaintiffs have amended their Complaint in response to this Court's ruling on those motions, filed on September 1, 2010;

3  WHEREAS the Federal Defendants' deadline for responding to Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(3) is on or around **September 15, 2010**;

5  WHEREAS Forest Service personnel necessary for preparation of a response by Federal Defendants are currently unavailable;

7  WHEREAS the Federal Defendants have requested, and Plaintiffs have agreed, to enlarge Defendants' time for responding to the Amended Complaint until on or before **October 18, 2010**;

9  NOW THEREFORE, the parties hereby stipulate and agree and respectfully request the entry of an order as follows:

11  1.  Federal Defendants shall have until on or before **October 18, 2010** to file their response to the Amended Complaint.

13  Respectfully submitted this 3rd day of September, 2010.

| | |
|---|---|
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division | LAW OFFICES OF DAVID YOUNG |
| /s/ Jason A. Hill<br>Jason A. Hill, D.C. Bar No. 477543<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Phone: (202) 514-1024<br>Fax:  (202) 305-0506<br>jason.hill2@usdoj.gov | /s/ David S. Young<br>*(signed by filing attorney as authorized by Mr. Young on 9/2/10)*<br>David Young, SBN 55341<br>11150 Olympic Blvd., Suite 1050<br>Los Angeles, CA 90064<br>Phone: (310) 575-0308<br>Facsimile: (310) 575-0311<br>dyounglaw@verizon.net<br><br>Attorney for Plaintiffs |
| /s/ Thomas K. Snodgrass<br>Thomas K. Snodgrass, Colorado Bar. No. 31329<br>Trial Attorney<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>Phone:  303/844-1368<br>Fax: 303/844-1350<br>thomas.snodgrass@usdoj.gov<br><br>Attorneys for Federal Defendants | |

IT IS SO ORDERED this _____ day of September, 2010.

BY THE COURT:

_____
Honorable Lawrence K. Karlton
Senior Judge
United States District Court