IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 2:09-cv-01750-LKK-JFM <br><br> **JOINT STIPULATION AND PROPOSED ORDER ENLARGING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADINGS** |

WHEREAS Federal Defendants filed motions under Fed. R. Civ. P. 12 as their initial response to Plaintiffs' Complaint;

1     WHEREAS Plaintiffs have amended their Complaint in response to this Court's ruling on

2 those motions, filed on September 1, 2010;

3     WHEREAS the Federal Defendants' deadline for responding to Plaintiffs' Amended

4 Complaint pursuant to Fed. R. Civ. P. 15(a)(3) is on or around **September 15, 2010**;

5     WHEREAS Forest Service personnel necessary for preparation of a response by Federal

6 Defendants are currently unavailable;

7     WHEREAS the Federal Defendants have requested, and Plaintiffs have agreed, to enlarge

8 Defendants' time for responding to the Amended Complaint until on or before **October 18, 2010**;

9     NOW THEREFORE, the parties hereby stipulate and agree and respectfully request the entry

10 of an order as follows:

11     1.    Federal Defendants shall have until on or before **October 18, 2010** to file their

12 response to the Amended Complaint.

13     Respectfully submitted this 3rd day of September, 2010.

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Jason A. Hill
Jason A. Hill, D.C. Bar No. 477543
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024
Fax:  (202) 305-0506
jason.hill2@usdoj.gov

 /s/ Thomas K. Snodgrass
Thomas K. Snodgrass, Colorado Bar. No. 31329
Trial Attorney
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  303/844-1368
Fax: 303/844-1350
thomas.snodgrass@usdoj.gov

Attorneys for Federal Defendants

LAW OFFICES OF DAVID YOUNG

 /s/ David S. Young
*(signed by filing attorney as authorized by Mr. Young on 9/2/10)*
David Young, SBN 55341
11150 Olympic Blvd., Suite 1050
Los Angeles, CA 90064
Phone: (310) 575-0308
Facsimile: (310) 575-0311
dyounglaw@verizon.net

Attorney for Plaintiffs

IT IS SO ORDERED this 3rd day of September, 2010.

BY THE COURT:

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT