```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   PUBLIC LANDS FOR THE PEOPLE,
     et al., on behalf of themselves
11   and others similarly situated,
12          Plaintiffs,
13          v.                              CIV. NO. S-09-1750 LKK/JFM
14   UNITED STATES DEPARTMENT OF
     AGRICULTURE, et al.,
15
            Defendants.
16   _____/
17   CENTER FOR SIERRA NEVADA
     CONSERVATION, et al.,
18
            Plaintiffs,
19
            v.                              CIV. S-09-2523 LKK/JFM
20
     UNITED STATES FOREST
21   SERVICE, et al.,
22          Defendants.
     _____/
23
24   ////
25   ////
26   ////
```

```
 1  CENTER FOR BIOLOGICAL
    DIVERSITY, a non-profit
 2  corporation,

 3          Plaintiff,

 4          v.                                    Civ. S-10-2830 WBS/JFM

 5  MIKE CRAWLEY, in his official
    capacity as District Ranger
 6  for the Bridgeport Ranger
    District, and UNITED STATES
 7  FOREST SERVICE, an agency of
    the Department of Agriculture,        NON-RELATED CASE ORDER
 8
            Defendants.
 9  _____/
```

10      The court is in receipt of the Notice of Related Cases
11 concerning the above-captioned cases filed October 20, 2010.
12 After consideration, the court has determined that it is
13 inappropriate to relate or reassign the cases, and therefore
14 declines to do so.  This order is issued for informational purposes
15 only, and shall have no effect on the status of the cases,
16 including any previous Related (or Non-Related) Case Order of this
17 court.

18      IT IS SO ORDERED.

19      DATED: October 26, 2010.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```