# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PUBLIC LANDS FOR THE PEOPLE, INC.,
ET AL.,**

CASE NO: **2:09−CV−01750−LKK−JFM**

v.

**UNITED STATES DEPARTMENT OF
AGRICULTURE, ET AL.,**

_____

<u>XX</u> −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
COURT'S ORDER OF 12/14/10**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **December 15, 2010**

by:  /s/  D. Williams_____
Deputy Clerk