LAW OFFICES OF DAVID YOUNG
David Young, Esq. (SBN 55341)
11845 W. Olympic Blvd., Suite 1110
Los Angeles, CA 90064
Telephone: (310) 575-0308
Facsimile: (310) 575-0311
E-mail: dyounglaw@verizon.net

Attorney for Plaintiffs/Appellants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., a California 501 C-3, non-profit corporation; GERALD E. HOBBS, an individual; BRYAN BUNTING, an individual; HILLARIE BUNTING, an individual; STEVE WANDT, an individual; GENE E. BAILEY, an individual; RICHARD NUSS, an individual; RANDY BURLESON, an individual,<br><br>    Plaintiffs/Appellants,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES FOREST SERVICE; TOM VILSACK, in his official capacity as Secretary Of Agriculture; TOM TIDWELL, in his official capacity as the Chief Forester Of The USDA Forest Service; RANDY MOORE, in his official capacity as Regional Forester USDA Forest Service Regional Office R5; and RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor Of The Eldorado National Forest; Does 1-10.<br><br>    Defendants/Appellees. | CASE NO.:<br>2:09-cv-01750-LKK-JFM<br><br><br>**NOTICE OF APPEAL** |

1

Notice is hereby given that Public Lands for the People, Inc., a California 501 C-3, non-profit corporation, Gerald E. Hobbs, an individual; Bryan Bunting, an individual, Hillarie Bunting, an individual, Steve Wandt, an individual, Gene E. Bailey, an individual, Richard Nuss, an individual, and Randy Burleson, an individual, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Order, signed by the Hon. Lawrence K. Karlton, Judge, on December 14, 2010, granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, and entered on December 15, 2010, and from the final Judgment dated December 14, 2010, and entered on December 15, 2010, in accordance with the Court's Order of December 14, 2010.

DATED:  December 30, 2010                    Respectfully submitted,

                                             LAW OFFICES OF DAVID YOUNG


                                             By:      /s/ David Young
                                                   DAVID YOUNG
                                                Attorney for Plaintiffs/Appellants

**NOTICE OF APPEAL**